UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARMAC, LLC, a Louisiana Limited Liability Company, d/b/a McDonough Marine Service | CIVIL ACTION<br><br>NO. |
| VERSUS | SECTION |
| RLB CONTRACTING, INC. | |

**COMPLAINT**

**TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The Complaint of Plaintiff, Marmac, LLC, a Louisiana Limited Liability Company, d/b/a McDonough Marine Service ("MMS"), against defendant, RLB Contracting, Inc. ("RLB"), in a cause of action civil and maritime for breach of maritime contract, respectfully represents as follows:

1.

This is a case of admiralty or maritime jurisdiction as hereinafter more fully appears. This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Venue is proper in this Honorable Court pursuant to a valid contractual forum selection clause.

3.

At all material times herein, MMS was and now is a domestic limited liability company organized and existing under the laws of the State of Louisiana, authorized to do and doing business in the State of Louisiana, with an office and place of business in Metairie, Louisiana.

4.

At all material times herein, Defendant, RLB, was and now is a foreign corporation organized and existing under the laws of Texas, but authorized to do, and doing, business in the State of Louisiana, with an office and place of business in New Orleans, Louisiana.

5.

On or about June 15, 2016, MMS and RLB entered into a Master Bareboat Charter Agreement whereby RLB agreed to hire, on a bareboat basis, certain of MMS' barges pursuant to the terms and conditions of the Master Bareboat Charter Agreement.

6.

On or about June 18, 2018, and subject to the terms and conditions of the Master Bareboat Charter Agreement, Charter Order No. 710436 was issued to RLB confirming that RLB had bareboat chartered inland deck barge M 711, at a specified daily rate of hire, and that barge M 711 had been delivered to RLB at Owner's Hero Cut Landing, Harvey, Louisiana, on June 16, 2018.

7.

RLB accepted delivery of barge M 711 on June 16, 2018, and barge M 711 remained bareboat chartered to RLB and under its exclusive possession, command, and control until its redelivery to MMS.

8.

On or about July 31, 2018, and subject to the terms and conditions of the Master Bareboat Charter Agreement, Charter Order Nos. 710589 and 710590 were issued to RLB confirming that RLB had bareboat chartered inland deck barges M 705 and M 710 respectively, at a specified daily rate of hire, and that said barges M 705 and M 710 had been delivered to RLB at Owner's Hero Cut Landing, Harvey, Louisiana, on July 30, 2018.

9.

RLB accepted delivery of barges M 705 and M 710 on July 30, 2018, and barges M 705 and M 710 remained bareboat chartered to RLB and under its exclusive possession, command, and control until their redelivery to MMS.

10.

Under the Master Bareboat Charter Agreement, the delivery of barges M 711, M 705, and M 710 (collectively "the chartered barges") to RLB and RLB's acceptance of the chartered barges established conclusively that the chartered barges were in a good and seaworthy condition and in all respects suitable for the service intended by RLB.

11.

Upon RLB's redelivery of the chartered barges to MMS, off-charter surveys were performed.

12.

Under the Master Bareboat Charter Agreement, RLB was to redeliver the chartered barges to MMS in the same good order and condition as that in which the chartered barges were delivered to RLB, ordinary wear and tear excepted.

13.

As confirmed by the off-charter surveys performed, however, RLB did not redeliver the chartered barges to MMS in the same good order and condition as that in which the chartered barges were delivered to RLB, ordinary wear and tear excepted, but rather RLB redelivered the chartered barges to MMS in a seriously damaged and unsound and unseaworthy condition, such damages, unsoundness, and unseaworthiness not being due to or caused by ordinary wear and tear and having occurred while the chartered barges were under RLB's exclusive possession, command, and control.

14.

Under the Master Bareboat Charter Agreement, any and all costs and expenses incurred to make the chartered barges in the same good order and condition as that in which the chartered barges were delivered to RLB shall be for the account of the charterer, RLB.

15.

Additionally, under the Master Bareboat Charter Agreement, charter hire on the chartered barges shall continue until the date the chartered barges are redelivered to MMS in the same good order and condition as when delivered to RLB.

16.

The Master Bareboat Charter Agreement further provides that any controversy, dispute, claim, demand, or lawsuit arising out of the Master Bareboat Charter Agreement shall be brought in the United States District Court for the Eastern District of Louisiana.

## Count One:  Cost of Repairs to the Chartered Barges

17.

MMS realleges Paragraphs 1 through 16 of its Complaint.

18.

MMS has sustained damages by reason of having had to make necessary repairs to restore the chartered barges to the same good, sound, and seaworthy condition as when delivered by MMS to RLB, said repairs included, but were not limited to, removing the damaged bin walls and reinstalling new bin walls on barges M 705 and M 710, and the cropping and renewing of damaged port and starboard side plating and deck plating on the chartered barges, among other things.

19.

As a result of the bareboat chartering of the chartered barges, RLB became indebted to MMS for the cost of repairs to the chartered barges in the amount of

$243,729.50, plus pre-judgment interest at the rate specified in the Master Bareboat Charter Agreement, as evidenced by the off-charter survey reports for the chartered barges and by: Invoice No. 102866 dated Dec. 4, 2019 (M 711) ($739.50); Invoice No. 104685 dated Feb. 17, 2020 (M 705) ($35,420.00); Invoice No. 104686 dated Feb. 17, 2020 (M 710) ($35,420.00); Invoice No. 105376 dated Mar. 24, 2020 (M 705) ($79,948.00); and Invoice No. 105375 dated Mar. 24, 2020 (M 710) ($92,202.00) (collectively "the outstanding Repair Invoices").

20.

To date, RLB—in breach of the Master Bareboat Charter Agreement, and despite due and amicable written demand by MMS for payment in full of the outstanding Repair Invoices—has failed to pay MMS.

## Count Two:  Outstanding Charter Hire

21.

MMS realleges Paragraphs 1 through 16 of its Complaint.

22.

As a result of the bareboat chartering of the chartered barges, RLB became indebted to MMS for unpaid charter hire and the cost of the off-charter surveys in the principal amount of $53,280.30, plus pre-judgment interest at the rate specified in the Master Bareboat Charter Agreement, as evidenced by: Invoice No. 103768 dated Dec. 31, 2019 (M 705) ($11,304.15); Invoice No. 103769 dated Dec. 31, 2019 (M 710) ($11,304.15); Invoice No. 104605 dated Jan. 31, 2020 (M 705) ($11,304.15); Invoice No. 104606 dated Jan. 31, 2020 (M 710) ($11,304.15); Invoice No. 104693 dated Feb.

18, 2020 (M 705) ($750.00); Invoice No. 104694 dated Feb. 18, 2020 (M 710) ($750.00); Invoice No. 104701 dated Feb. 18, 2020 (M 710) ($3,281.85); and Invoice No. 104702 dated Feb. 18, 2020 (M 705) ($3,281.85) (collectively "the outstanding Charter Hire Invoices").

23.

To date, RLB—in breach of the Master Bareboat Charter Agreement, and despite due and amicable written demand by MMS for payment in full of the outstanding Charter Hire Invoices—has failed to pay MMS.

### Count Three:  Claim for Attorney's Fees

24.

MMS realleges Paragraphs 1 through 23 of its Complaint.

25.

Under the terms and conditions of the Master Bareboat Charter Agreement, RLB is obligated to pay all reasonable attorney's fees, expenses, and costs incurred by MMS in collecting any sums due to MMS under the Master Bareboat Charter Agreement, including the outstanding Repair Invoices and the outstanding Charter Hire Invoices referenced herein.

26.

Alternatively, MMS is entitled to recover reasonable attorney's fees under La. R.S. §9:2781 because RLB has failed to pay the outstanding Repair Invoices and the outstanding Charter Hire Invoices within thirty days after receiving written demand correctly setting forth the amount owed.

27.

On July 1, 2020, and February 22, 2021, MMS made formal written demand on RLB for payment of the outstanding Charter Hire Invoices and the outstanding Repair Invoices, but to date RLB has not made payment.

28.

All and singular, the premises are true and within the admiralty or maritime jurisdiction of the United States and of this Honorable Court.

**WHEREFORE,** Plaintiff, MMS, prays that process in due form of law issue against Defendant, RLB Contracting, Inc., citing them to appear and answer the matters aforesaid, and that, after due proceedings are had, there be judgment entered herein in favor of Plaintiff, MMS, and against Defendant, RLB Contracting, Inc., for the principal sum of $297,009.80, plus pre-judgment interest, costs, and attorney's fees as specified in the Master Bareboat Charter Agreement, and for all other and further relief that is just and reasonable in the premises and that this Honorable Court may grant.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/792-8204
Attorneys for Plaintiff, Marmac, LLC, a
Louisiana Limited Liability Company,
d/b/a McDonough Marine Service

**PLEASE ISSUE A SUMMONS TO:**

RLB CONTRACTING, INC.
Through its registered agent for service of process,
Herman C. Hoffmann
1100 Poydras Street
30th Floor
New Orleans, LA  70163